IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| STEPHEN R. CRIBBS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO.: 4:11-CV-00263 |
| NFI NETWORK LOGISTIC SOLUTIONS, LLC, | ) | WTM-GRS |
| | ) | |
| Defendant. | ) | |

### ORDER

The above-captioned matter having come before the Court on the parties' Consent Motion to Extend Discovery and, after due consideration and for good cause shown, the parties' Motion is hereby GRANTED and the Scheduling Order is modified so that the close of discovery shall be November 2, 2012, and last day for filing civil motions [including *Daubert* motions but not including motions in limine] shall be December 2, 2012.

SO ORDERED this 5-7th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**Proposed Order Prepared By:**

Maury Bowen
Post Office Box 9946
Savannah, Georgia 31412
(912)233-9700
mbowen@epra-law.com
Attorney for Defendant NFI