IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHEN R. CRIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 4:11-CV-00263 |
| NFI NETWORK LOGISTIC SOLUTIONS, LLC, | ) WTM-GRS |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

COMES NOW Plaintiff Stephen R. Cribbs and hereby provides his notice of acceptance of the Offer of Judgment by Defendant NFI Network Logistic Solutions, LLC.

Defendant submitted an Offer of Judgment to Plaintiff in relation only to Plaintiff's COBRA (29 U.S.C. 1161) claims in this lawsuit in the amount of Fifteen Thousand Dollars ($15,000.00) with this amount being the total amount to be paid by Defendant on account of any liability claimed in this action relating to the COBRA claims, including all costs of suit, attorneys' fees, penalties and other damages recoverable under COBRA.  Undersigned counsel for Plaintiff is hereby authorized to accept the Offer of Judgment on behalf of Plaintiff.

1414259.1

This notice has been filed in order to memorialize Plaintiff's acceptance of Defendant's Offer of Judgment and to request that the Court enter judgment on Plaintiff's COBRA claims only.  A proposed Order is attached hereto.

Respectfully submitted this 18th  day of February, 2015 by,

>*s/ S. Wesley Woolf*
>S. Wesley Woolf
>Georgia Bar No. 776175
>
>S. Wesley Woolf, P.C.
>408 East Bay Street
>Savannah, Georgia 30401
>
>(912) 201-3696 (telephone)
>(912) 236-1884  (facsimile)
>woolf@woolflawfirm.net
>
>*s/ Paul J. Sharman*
>Paul J. Sharman
>Georgia Bar No. 227207
>
>The Sharman Law Firm, LLC
>11175 Cicero Drive, Suite 100
>Alpharetta, Georgia 30022
>
>(678) 242-5297(telephone)
>paul@sharman-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHEN R. CRIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 4:11-CV-00263 |
| NFI NETWORK LOGISTIC | ) WTM-GRS |
| SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing "Response to Offer of Judgment" with the Clerk of the Court using the CM/ECF system, which will notify:

Maury Bowen
Ellis, Painter, Ratterree & Adams, LLP
2 East Bryan Street, 10th Floor
Savannah, Georgia 31401

This 18th day of February, 2015

/s/Paul J. Sharman
PAUL J. SHARMAN
Georgia State Bar No. 227207

1414259.1