IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHEN R. CRIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: 4:11-CV-00263 |
| NFI NETWORK LOGISTIC SOLUTIONS, LLC, | ) WTM-GRS |
| | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Having considered Defendant's Offer of Judgment and Plaintiff's Notice of Acceptance of Offer of Judgment, the Court directs the Clerk to enter judgment in favor of Plaintiff in the amount of $15,000.00 on only Plaintiff's COBRA claims in this lawsuit. Said amount shall be the total amount to be paid by Defendant on account of any liability claimed in this action relating to Plaintiff's COBRA claims, including all costs of suit, attorneys' fees, penalties and other damages recoverable under COBRA.

SO ORDERED this ____ day of February, 2015.

_____
**UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA**

1414257.1