IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEPHEN R. CRIBBS,  )
        )
    Plaintiff,  )
        )
v.  )    CASE NO. CV411-263
        )
NFI NETWORK LOGISTIC  )
SOLUTIONS, LLC,  )
        )
    Defendant.  )
        )

## O R D E R

Before the Court is Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment. (Doc. 71.) In his motion, Plaintiff asks this Court to enter judgment against Defendant in the amount of $15,000.00 solely on Plaintiff's claims arising under the Consolidated Omnibus Budget Reconciliation Act of 1986 ("COBRA"). Plaintiff has advised the Court that Defendant submitted an offer of judgment to Plaintiff in relation only to Plaintiff's COBRA claims in the amount of $15,000.00, which the Plaintiff accepted. (Doc. 71 at 1; Doc. 71, Attach. 1.) Defendant did not file any timely opposition to Plaintiff's notice. Accordingly, Plaintiff's request is **GRANTED** and the Clerk of Court is **DIRECTED** to enter judgment on Plaintiff's COBRA claims in favor of Plaintiff and against Defendant in the amount of $15,000.00. This amount shall be the total amount to be

paid by Defendant on account of any liability claimed in this action relating to Plaintiff's COBRA claims, including all costs of suit, attorneys' fees, penalties and other damages recoverable under COBRA.

SO ORDERED this 14th day of February 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA