# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

STEPHEN R. CRIBBS,     )
          )
   Plaintiff,     )
          )
v.           )    CV411-263
          )
NFI INDUSTRIES, INC.,    )
          )
   Defendant.    )

## ORDER

Before the Court is the parties' Joint Motion for Court-Ordered Mediation. Doc. 91. The parties have informed the Court that they desire to seek private mediation. As a result, the motion is **DISMISSED AS MOOT**.

SO ORDERED, this 7th day of March, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia