IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEPHEN R. CRIBBS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-263
)
NFI NETWORK LOGISTIC )
SOLUTIONS, LLC, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Joint Notice of Settlement and Motion for Stay of Pre-Trial Deadlines. (Doc. 93.) In their motion, the parties state that they have reached a preliminary settlement agreement and request that this Court stay all of the pre-trial deadlines while the parties negotiate a formal settlement agreement. (Id. at 2.) Accordingly, the parties' motion (Doc. 93) is **GRANTED IN PART** and **DENIED IN PART**. All deadlines set at the pre-trial conference are reset for the close of business on April 25, 2019. Additionally, the parties are reminded that this case is still scheduled for trial on May 6, 2019.

SO ORDERED this 28th day of March 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA