IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEPHEN R. CRIBBS,  )
  )
    Plaintiff,  )
  )
v.  )  CASE NO. CV411-263
  )
NFI INDUSTRIES, INC.,  )
  )
    Defendant.  )
  )

## ORDER

Before the Court is the parties' Notice of Dismissal with Prejudice. (Doc. 95.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. As a result, Plaintiff's Motion for a Pretrial Conference and Trial (Doc. 80) and Plaintiff's Motion for Court-Ordered Mediation (Doc. 82) are **DISMISSED AS MOOT.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of April 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA